UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61273-CIV-COHN/SELTZER

NELSON RITZ,

    Plaintiff,

v.

WIPRO LIMITED CORP.,
a/k/a Wipro Limited,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following its Order Overruling Plaintiff's Discovery Objections and Granting Defendant's Motion for Summary Judgment [DE 136]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendant Wipro Limited Corp., a/k/a Wipro Limited, and against Plaintiff Nelson Ritz. Plaintiff shall recover nothing from Defendant in this action; and

2. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of February, 2015.

                                                JAMES I. COHN
                                                United States District Judge

Copies provided to:

Counsel of record via CM/ECF